(April 22, 1991)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM KING, Also Known as REALITY, Appellant.—Motion for reargument denied. Decision dated Feburary 7, 1991 amended by deleting from the second sentence of the first full paragraph of page three of the decision the phrase: ", as found

by the court,". Concur—Mahoney, P. J., Casey, Weiss, Mercure and Harvey, JJ., concur. *[See,* 170 AD2d 710.]